JOHN BALLANTYNE, JR., an Infant, by MARY H. BALLANTYNE, His Guardian ad Litem, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted May 26, 1947; decided May 29, 1947.

*John J. McGinty* and *James S. Painton* for motion.

*Charles E. Murphy, Corporation Counsel (Seymour B. Quel* and *Stanley Buchsbaum* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against BETHLEHEM STEEL COMPANY et al., Appellants.

Submitted May 26, 1947; decided May 29, 1947.

Motion by appellants for reargument granted to the extent that reargument is ordered and case set down for reargument during the September, 1947, session. [See 295 N. Y. 601.]